FARLEY, State Excise Com'r, Respondent, v. GORDON et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by William W. Farley, as State Commissioner of Excise, against Edward F. Gordon and another.

PER CURIAM. Judgment and order affirmed, with costs.

BURR, J., not voting.

FENNO, Respondent, v. ONTARIO CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Edward K. Fenno against the Ontario Construction Company. No opinion. Judgment affirmed, with costs.

FEYNMAN, Respondent, v. GOLDBERG, Appellant. (Supreme Court, Appellate Division, Second Department. February 16, 1912.) Action by Lewis J. Feynman against Samuel Goldberg. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 143 App. Div. 951, 128 N. Y. Supp. 1123.

FINCK, Appellant, v. WESTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by August Finck, Jr., against Homer Weston.

PER CURIAM. Judgment affirmed, with costs.

SPRING and WILLIAMS, JJ., dissent.

FINLEY, Respondent, v. KLEINMAN, Appellant. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by Henry Finley against Henry D. Kleinman. No opinion. Order affirmed, with $10 costs and disbursements.

FIRST NAT. BANK OF OSSINING, Respondent, v. OSSINING NAT. BANK, Appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by the First National Bank of Ossining against the Ossining National Bank. No opinion. Judgment and order affirmed, with costs.

FLETCHER, Respondent, v. JOHNSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 17, 1912.) Action by Anson E. Fletcher against Bruce O. Johnson.

PER CURIAM. Order affirmed, with $10 costs and disbursements, with leave to the defendant to answer on or before the 25th of January, 1912, at 10 o'clock a. m., upon payment of the costs of this appeal and costs below, and this case is ordered on the calendar of the Buffalo City Court at the time stated above. See, also, 131 N. Y. Supp. 1114.

FLOCKER, Appellant, v. HUDSON & M. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 8, 1912.) Action by Ludwig Flocker, as administrator, against the Hudson & Manhattan Railroad Company. S. P. Goldman, for appellant. B. L. Pettigrew, for respondent. No opinion. Order affirmed, with costs and disbursements. Order filed.

FLYNN et al., Appellants, v. JUDGE, Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Mary C. Flynn and others against John C. Judge. No opinion. Motion to resettle order granted, without costs. See, also, 133 N. Y. Supp. 794.

FOGELSANGER, Respondent, v. GEHRES, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Calvin Fogelsanger against Anna Gehres. No opinion. Motion for reargument denied, with $10 costs. See, also, 130 N. Y. Supp. 1111.

FOLLINSBY, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) Action by Ruth Follinsby, an infant, by Olivia Follinsby, her guardian ad litem, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re FORDHAM. (Supreme Court, Appellate Division, First Department. February 23, 1912.) In the matter of Herbert L. Fordham. C. A. Collin, for appellant. C. E. F. McCann, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FOX et al. v. BAINBRIDGE et al. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) Action by Bertha Fox and another against Ella B. Bainbridge, as executrix, etc., and others.

PER CURIAM. Judgment and order of the County Court of Kings County affirmed, with costs.

BURR, J., not voting.

FOX, Respondent, v. KAHN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) Action by Morris Fox against Jacob Kahn and others. No opinion. Order affirmed, with $10 costs and disbursements.

FRANCIS C. NEALE, Inc., v. HUDSON COMPANIES. In re ALLEN. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Francis C. Neale, Incorporated, against the Hudson Companies. In the matter of William H. Allen. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 131 N. Y. Supp. 1027.

133 N.Y.S.—71